| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>May, Leigh M. | 2. Court or Organization<br><br>U.S. District Court, Northern District of Georgia | 3. Date of Report<br><br>08/01/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

| 7. Chambers or Office Address<br><br>2167 U.S. Courthouse<br>75 Ted Turner Dr. SW<br>Atlanta, GA 30303-3309 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2014 | Agreement with former law firm, which is currently named Butler, Wooten, and Peak, LLP for payment of fees from work performed prior to judicial service |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| May, Leigh M. | 08/01/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 10/12/17 | Compensation from Butler, Wooten, and Peak, LLP (former law firm) for services rendered prior to becoming a judicial officer | $1,156,804.66 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Self-employed as an architect |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | State Bar of Georgia - Intellectual Property Section | September 15-17, 2017 | Amelia Island, FL | Speak at annual conference | Transportation, Meals and Hotel |
| 2. | Atlanta Bar Association - Intellectual Property Section | April 28-29, 2017 | Lake Lanier, GA | Speak at annual conference | Meal and Hotel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | AgGeorgia Farm Credit | Mortgage on Land in Burke County, Georgia (Part VII, Line 110) | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| May, Leigh M. | 08/01/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account # 1 | | | | | | | | | |
| 2. - Advanced Auto Parts - Stock | A | Dividend | J | T | | | | | |
| 3. - Amgen Inc. - Stock | A | Dividend | J | T | | | | | |
| 4. - Analog Devices Inc. - Stock (X) | A | Dividend | J | T | Sold (part) | 05/10/17 | J | | |
| 5. - Apple Inc. - Stock | B | Dividend | L | T | | | | | |
| 6. - Axcelis Technologies Inc. - Stock | | None | J | T | | | | | |
| 7. - Bank of Nova Scotia - Stock | A | Dividend | J | T | | | | | |
| 8. - Bed Bath & Beyond Inc. - Stock | A | Dividend | J | T | Buy (add'l) | 02/28/17 | J | | |
| 9. - Cardinal Health Inc. - Stock | A | Dividend | J | T | | | | | |
| 10. - ConocoPhillips - Stock | A | Dividend | J | T | | | | | |
| 11. - Donnelley Financial Solutions Inc. - Stock | | None | J | T | Buy | 02/01/17 | J | | |
| 12. - Emerson Electric Co. - Stock | A | Dividend | J | T | | | | | |
| 13. - Expeditors International of Washington - Stock | A | Dividend | K | T | | | | | |
| 14. - Fuchs Petrolub - Stock | A | Dividend | J | T | | | | | |
| 15. - General Electric Co. - Stock | A | Dividend | J | T | | | | | |
| 16. - Gilead Sciences Inc. - Stock | A | Dividend | J | T | Buy | 02/06/17 | J | | |
| 17. - Givaudan SA - Stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| May, Leigh M. | 08/01/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Graco Inc. - Stock | A | Dividend | J | T | | | | | |
| 19. - Kirby Corp. - Stock | | None | J | T | | | | | |
| 20. - Linear Technology Corp. - Stock | A | Dividend | | | Merged (with line 4) | 03/03/17 | J | A | |
| 21. - Lowes Companies Inc. - Stock | B | Dividend | L | T | | | | | |
| 22. - Nestle SA - Stock | A | Dividend | J | T | | | | | |
| 23. - Noble Group Limited - Stock | | None | J | T | | | | | |
| 24. - Novartis AG - Stock | A | Dividend | J | T | | | | | |
| 25. - Novo Nordisk - Stock | A | Dividend | K | T | Buy | 1/11/17 | J | | |
| 26. - PPG Industries Inc. - Stock | A | Dividend | J | T | | | | | |
| 27. - Robert Half International Inc. - Stock | A | Dividend | J | T | | | | | |
| 28. - Stepan Co. - Stock | A | Dividend | K | T | | | | | |
| 29. - Sysco Corporation - Stock | A | Dividend | J | T | Buy | 06/26/17 | J | | |
| 30. - United Parcel Service - Stock | A | Dividend | J | T | | | | | |
| 31. - Wal-Mart Stores Inc. - Stock | A | Dividend | J | T | | | | | |
| 32. - Weyerhauser - REIT | A | Dividend | K | T | | | | | |
| 33. - Marathon Value Portfolio - Mutual Fund | D | Dividend | M | T | | | | | |
| 34. - Athens-Clarke County, Georgia - Bond | A | Interest | J | T | Buy | 4/4/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| May, Leigh M. | 08/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - CDK Global Inc. - Bond | A | Interest | K | T | | | | | |
| 36.   - CF Industries Inc. - Bond | A | Interest | J | T | | | | | |
| 37.   - ConAgra Foods Inc. - Bond | A | Interest | J | T | Buy | 02/28/17 | J | | |
| 38.   - FNMA Ser 785329 - Mortgage-Backed Security | D | Interest | J | T | | | | | |
| 39.   - FNMA Ser 2010-120 - Mortgage-Backed Security | D | Interest | J | T | | | | | |
| 40.   - Thomasville, Georgia Hospital Authority - Bond | B | Interest | K | T | | | | | |
| 41.   - Guggenheim Total Return - Mutual Fund | A | Dividend | K | T | Buy | 11/28/17 | K | | |
| 42.   - Host Hotels & Resorts LP - Bond | A | Interest | J | T | Buy | 02/28/17 | J | | |
| 43.   - Laboratory Corp Amer Hldgs - Bond | A | Interest | J | T | Buy | 02/16/17 | J | | |
| 44.   - Macy's Inc. - Bond | B | Interest | J | T | | | | | |
| 45.   - PIMCO Income Fund - Mutual Fund | A | Dividend | K | T | Buy | 11/29/17 | K | | |
| 46.   - Plum Creek Timberlands LP - Bond | A | Interest | J | T | Buy | 02/02/17 | J | | |
| 47.   - Royal Bank of Canada - Bond | A | Interest | K | T | Buy | 06/27/17 | K | | |
| 48.   - Safeway Inc. - Bond | A | Interest | J | T | | | | | |
| 49.   - Fort Bend County, Texas - Bond | A | Interest | K | T | | | | | |
| 50.   - Sienna Plantation, Texas - Bond | A | Interest | K | T | | | | | |
| 51.   - United States Treas Notes 2.0% | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| May, Leigh M. | 08/01/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Walgreen Co. - Bond | A | Interest | J | T | Buy | 02/16/17 | J | | |
| 53. - AT&T Inc. 1.4% - Bond | A | Interest | | | Matured | 12/01/17 | J | | |
| 54. - Valspar Corp. - Bond | A | Interest | | | Redeemed | 05/01/17 | K | | |
| 55. - Rohm and Haas Co. - Bond | A | Interest | | | Matured | 09/15/17 | J | | |
| 56. - United States Treas Notes .0625% | A | Interest | | | Redeemed | 02/15/17 | K | | |
| 57. - Canadian Natural 5.&%17F - Bond | A | Interest | | | Redeemed | 05/15/17 | J | | |
| 58. - Maine State Housing Authority - Bond | A | Interest | | | Redeemed | 04/24/17 | J | | |
| 59. - Omaha, Nebraska Public Power District - Bond | A | Interest | | | Redeemed | 02/01/17 | K | | |
| 60. - Agilent Technologies - Bond | A | Interest | | | Redeemed | 11/1/17 | J | | |
| 61. - Doubleline Low Duration Bond Fund Class N - Mutual Fund | A | Dividend | | | Sold | 11/28/17 | K | A | |
| 62. - BHP Billiton Finance - Bond | A | Interest | | | Redeemed | 02/24/17 | J | | |
| 63. - Agrium Inc. - Bond | A | Interest | | | Matured | 02/01/17 | J | | |
| 64. - Aetna Inc. - Bond | A | Interest | | | Buy | 2/23/17 | J | | |
| 65. | | | | | Redeemed | 11/15/17 | J | | |
| 66. - Georgia Muncipal Authority Power - Bond | A | Interest | | | Matured | 1/1/17 | J | | |
| 67. - National Bank of Ca - Bond | A | Interest | | | Buy | 05/09/17 | K | | |
| 68. | | | | | Redeemed | 10/10/17 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| May, Leigh M. | 08/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Schwab Advisor Cash and Money Market Fund | A | Interest | K | T | | | | | |
| 70. IRA # 1 | | | | | | | | | |
| 71. - Abbott Laboratories - Stock (X) | A | Dividend | J | T | | | | | |
| 72. - Apple Inc. - Stock | A | Dividend | J | T | | | | | |
| 73. - Emerson Electric Company - Stock | A | Dividend | J | T | | | | | |
| 74. - Fastenal Company - Stock | A | Dividend | J | T | | | | | |
| 75. - Givaudan SA - Stock | A | Dividend | J | T | Buy | 03/29/17 | J | | |
| 76. - Marathon Value Portfolio - Mutual Fund | B | Dividend | J | T | | | | | |
| 77. - Nestle SA - Stock | A | Dividend | J | T | | | | | |
| 78. - Polaris Industries Inc. - Stock | A | Dividend | J | T | | | | | |
| 79. - PPG Industries, Inc. - Stock | A | Dividend | J | T | | | | | |
| 80. - Robert Half International, Inc. - Stock | A | Dividend | J | T | | | | | |
| 81. - St. Jude Medical - Stock | | None | | | Merged (with line 71) | 01/05/17 | J | A | |
| 82. - AGCO Corp. - Bond | A | Interest | J | T | | | | | |
| 83. - Eaton Corp. - Bond | | None | | | Redeemed | 03/15/17 | J | | |
| 84. - Embraer Overseas - Bond | A | Interest | | | Redeemed | 01/24/17 | J | | |
| 85. - Freeport McMoran - Bond | A | Interest | | | Redeemed | 11/14/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| May, Leigh M. | 08/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Greif Inc. - Bond | A | Interest | | | Redeemed | 02/01/17 | J | | |
| 87. - Guggenheim Total Return Bond Fund - Mutual Fund | A | Dividend | J | T | Buy | 11/02/17 | J | | |
| 88. - International Paper - Bond | A | Interest | | | Redeemed | 11/17/17 | K | A | |
| 89. - JP Morgan Chase & Co. - Bond | A | Interest | | | Redeemed | 08/15/17 | J | | |
| 90. - National Rural Utility - Bond | | None | | | Redeemed | 05/15/17 | J | | |
| 91. - Newell Brands Inc. - Bond | A | Interest | | | Redeemed | 12/01/17 | J | | |
| 92. - PIMCO Income Fund - Mutual Fund | A | Dividend | J | T | Buy | 11/02/17 | J | | |
| 93. - Toronto-Dominion Bank - Bond | A | Interest | | | Redeemed | 05/02/17 | J | | |
| 94. - Union Pacific Corp. - Bond | A | Interest | J | T | Buy | 03/13/17 | J | | |
| 95. - Verizon Communications Inc. - Bond | A | Interest | J | T | | | | | |
| 96. - Weyerhauser Co. - Bond | B | Interest | | | Redeemed | 08/01/17 | J | | |
| 97. - US Treasury - Bond | A | Interest | | | Buy | 4/20/17 | K | | |
| 98. | | | | | Redeemed | 10/31/17 | K | | |
| 99. Charles Schwab Cash Account | A | Interest | M | T | | | | | |
| 100. IRA # 2 | | | | | | | | | |
| 101. - Intel Corp. - Stock | A | Dividend | | | Sold | 04/04/17 | J | C | |
| 102. - Marathon Value Portfolio - Mutual Fund | A | Dividend | K | T | Buy (add'l) | 04/04/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| May, Leigh M. | 08/01/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - PIMCO Enhanced Short Maturity ETF - Mutual Fund | A | Dividend | K | T | Buy | 04/04/17 | K | | |
| 104. - American Century Global Gold Fund Class A - Mutual Fund | | None | | | Sold | 04/04/17 | J | | |
| 105. - Doubleline Low Duration Bond Fund Class N - Mutual Fund | A | Dividend | | | Sold | 02/03/17 | J | | |
| 106. - Greif Inc. - Bond | A | Interest | | | Redeemed | 02/01/17 | J | | |
| 107. - Schwab Advisors Cash and Money Market Fund - Mutual Fund | A | Interest | J | T | | | | | |
| 108. | | | | | | | | | |
| 109. Bank of America Cash Accounts | A | Interest | P1 | T | | | | | |
| 110. | | | | | | | | | |
| 111. Land in Burke County, Georgia | | None | M | Q | Buy | 11/08/17 | M | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| May, Leigh M. | 08/01/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The value of the land referenced in line 111 of part VII came from an appraisal of the property conducted in November 2017 as part of the land's purchase.

I acquired the stock listed on lines 4 and 71 of part VII when those companies purchased other companies for which I already owned stock.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Leigh M. May**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544